

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00725-CV

**IN THE INTEREST OF E.S.R., JR.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-02014
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Irene Rios, Justice

Delivered and Filed:  January 11, 2017

DISMISSED FOR LACK OF JURISDICTION

From our initial review of the record it appeared that appellant attempts to appeal the trial court's order of termination of parental rights.

An appeal from such an order is accelerated.  TEX. FAM. CODE ANN. § 109.002 (West 2014).  The trial court signed the order of termination on June 23, 2016.  Because this is an accelerated appeal, the notice of appeal was due July 13, 2016.  *See* TEX. R. APP. P. 26.1(b).  A motion for extension of time to file the notice of appeal was due on July 28, 2016.  *See* TEX. R. APP. P. 26.3.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*,

959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26).  But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."  *Id.*

Appellant filed a notice of appeal and a motion for extension of time to file the notice of appeal on November 3, 2016.  It thus appears that neither document was filed within the time allowed for filing a motion for extension of time to file the notice of appeal.

Therefore, on December 2, 2016, this court ordered appellant to show cause in writing by December 17, 2016, why this appeal should not be dismissed for lack of jurisdiction.  Appellant did not respond.

It is therefore ORDERED that this appeal is dismissed for lack of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

PER CURIAM